UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1918 (L)
(4:19-cv-00959-JD)
_____

LENDLEASE (US) CONSTRUCTION INC., f/k/a Bovis Lend Lease, Incorporated, now known as Lendlease

  Plaintiff - Appellant

v.

NATIONWIDE MUTUAL FIRE INSURANCE COMPANY

  Defendant - Appellee

and

CNA INSURANCE GROUP; ATAIN SPECIALTY INSURANCE COMPANY, a/k/a USF Insurance Company; NATIONAL TRUST INSURANCE COMPANY; FIRST FINANCIAL INSURANCE COMPANY; PENN AMERICA INSURANCE COMPANY; ASPEN SPECIALTY INSURANCE COMPANY; UNITED NATIONAL INSURANCE COMPANY; JAMES RIVER INSURANCE COMPANY; PRINCETON EXPRESS & SURPLUS LINES INSURANCE COMPANY; STARSTONE NATIONAL INSURANCE COMPANY, f/k/a Torus Specialty Company; EVANSTON INSURANCE COMPANY; CERTAIN UNDERWRITERS FOR LLOYD'S OF LONDON; LLOYD'S OF LONDON; NATIONAL FIRE INSURANCE COMPANY OF HARTFORD

  Defendants

_____

No. 22-1919
(4:19-cv-00959-JD)
_____

LENDLEASE (US) CONSTRUCTION INC., f/k/a Bovis Lend Lease, Incorporated, now known as Lendlease

        Plaintiff - Appellant

v.

ATAIN SPECIALTY INSURANCE COMPANY, a/k/a USF Insurance Company

        Defendant - Appellee

and

CNA INSURANCE GROUP; NATIONAL TRUST INSURANCE COMPANY; FIRST FINANCIAL INSURANCE COMPANY; PENN AMERICA INSURANCE COMPANY; ASPEN SPECIALTY INSURANCE COMPANY; UNITED NATIONAL INSURANCE COMPANY; JAMES RIVER INSURANCE COMPANY; PRINCETON EXPRESS & SURPLUS LINES INSURANCE COMPANY; STARSTONE NATIONAL INSURANCE COMPANY, f/k/a Torus Specialty Company; EVANSTON INSURANCE COMPANY; CERTAIN UNDERWRITERS FOR LLOYD'S OF LONDON; NATIONWIDE MUTUAL FIRE INSURANCE COMPANY; LLOYD'S OF LONDON; NATIONAL FIRE INSURANCE COMPANY OF HARTFORD

        Defendants

_____

RULE 42(b) MANDATE
_____

This court's order dismissing this appeal pursuant to Local Rule 42(b) takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                                        */s/Patricia S. Connor, Clerk*